Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−10580−ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jonathan M. Gonzalez
   3 W. Curran Dr.
   Absecon, NJ 08201

Social Security No.:
   xxx−xx−9005

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Priscilla Romero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

3 West Curran Drive, Absecon, NJ.


Dated: April 13, 2022
JAN:

                                                                Jeanne Naughton
                                                                Clerk