| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jonathan M. Gonzalez | Social Security number or ITIN  xxx–xx–9005 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 22–10580–ABA | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jonathan M. Gonzalez

<u>5/6/22</u>                                                                        **By the court:**  <u>Andrew B. Altenburg Jr.</u>
                                                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Jonathan M. Gonzalez  
       Debtor

Case No. 22-10580-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: May 06, 2022      Form ID: 318      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jonathan M. Gonzalez, 3 W. Curran Dr., Absecon, NJ 08201-1309 |
| 519491437 | + | ARMC Anesthesiologists, P O BOX 8500-1521, Philadelphia, PA 19178-0001 |
| 519491442 | + | AtlantiCare Surgery Center Egg Harbor Townshi, 2500 English Creek Avenue, Building 700 Suite 702, Egg Harbor Township, NJ 08234-5549 |
| 519491439 | + | Atlantic City Expressway, NJ E-Z Pass, PO Box 4971, Trenton, NJ 08650-4971 |
| 519491440 | + | Atlantic Medical Imaging, LLC, P.O. Box 1564, Indianapolis, IN 46206-1564 |
| 519491441 | | Atlantic Radiologists Professionals, PO Box 1262, Indianapolis, IN 46206-1262 |
| 519491447 | #+ | Granite State MGMT, P O Box 3420, Concord, NH 03302-3420 |
| 519491449 | + | Gregory J Allard, Watson & Allard , PC, 24 Regency PLZ, Glen Mills, PA 19342-1001 |
| 519491452 | | Kia Motor Finance, PO Box 660891, Dallas, TX 75266-0891 |
| 519491453 | ++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270 address filed with court:, LabCorp, P. O. Box 2240, Burlington, NC 27216 - 2240 |
| 519491454 | ++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270 address filed with court:, Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519492251 | + | Richard Gonzalez, Jr., 3 W Curran Dr., Absecon, NJ 08201-1309 |
| 519491460 | + | Rickart Collection Systems, Inc., 575 Milltown Rd., PO Box 7242, North Brunswick, NJ 08902-7242 |
| 519491461 | | Rutgers, The State University, 57 US Highway 1, New Brunswick, NJ 08901-8554 |
| 519491462 | | Shore Medical Center, P.O. Box 42972, Philadelphia, PA 19101-2972 |
| 519491465 | + | United States Attorney General Dept. of Justi, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |
| 519491467 | + | WF/Bob Discount Furniture, P. O. Box 14517, CBS MAC F8235-01C, Des Moines, IA 50306-3517 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| tr | + | EDI: QBTHOMAS.COM | May 07 2022 00:28:00 | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519491438 | | EDI: DIRECTV.COM | May 07 2022 00:28:00 | AT & T/Direct TV, PO Box 5014, Carol Stream, IL 60197-5014 |
| 519491443 | + | EDI: BANKAMER.COM | May 07 2022 00:28:00 | Bank of America, P. O. Box 31785, Tampa, FL 33631-3785 |
| 519491444 | + | EDI: CAPITALONE.COM | May 07 2022 00:28:00 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |

Case 22-10580-ABA    Doc 12    Filed 05/08/22    Entered 05/09/22 00:15:01    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2022 | Form ID: 318 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date Sent | Name and Address |
|---|---|---|---|---|
| 519491445 | + | EDI: CITICORP.COM | May 07 2022 00:28:00 | Citi Bank, PO Box 790040, St. Louis, MO 63179-0040 |
| 519491446 | + | EDI: CACINC.COM | May 07 2022 00:28:00 | Consumer ADJ CO, 12855 Tesson Ferry Road, Suite 200, Saint Louis, MO 63128-2911 |
| 519491446 | + | Email/Text: EDI@CACIONLINE.NET | May 06 2022 20:38:00 | Consumer ADJ CO, 12855 Tesson Ferry Road, Suite 200, Saint Louis, MO 63128-2911 |
| 519491447 | + | Email/Text: BLSTeam1@gsmr.org | May 06 2022 20:38:00 | Granite State MGMT, P O Box 3420, Concord, NH 03302-3420 |
| 519491450 | + | EDI: IIC9.COM | May 07 2022 00:28:00 | IC Systems, PO Box 64378, Saint Paul, MN 55164-0378 |
| 519491451 | | EDI: IRS.COM | May 07 2022 00:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519491453 | | Email/Text: govtaudits@labcorp.com | May 06 2022 20:38:00 | LabCorp, P. O. Box 2240, Burlington, NC 27216-2240 |
| 519491454 | | Email/Text: govtaudits@labcorp.com | May 06 2022 20:38:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519491455 | + | EDI: AISMIDFIRST | May 07 2022 00:28:00 | Midland Mortgage, P. O. Box 26648, Oklahoma City, OK 73126-0648 |
| 519491456 | + | EDI: AGFINANCE.COM | May 07 2022 00:28:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 519491457 | | EDI: AGFINANCE.COM | May 07 2022 00:28:00 | OneMain Financial Group, LLC, PO BOX 3327, Evansville, IN 47732-3327 |
| 519491458 | | EDI: PRA.COM | May 07 2022 00:28:00 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23402 |
| 519491459 | + | EDI: PINNACLE.COM | May 07 2022 00:28:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519491463 | + | Email/Text: ClericalSupport@tenagliahunt.com | May 06 2022 20:38:00 | Tenaglia & Hunt, 395 West Passaic St., Suite 205, Rochelle Park, NJ 07662-3016 |
| 519491464 | + | Email/Text: usanj.njbankr@usdoj.gov | May 06 2022 20:38:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad St. Suite 700, Newark, NJ 07102-2527 |
| 519491466 | + | EDI: BLUESTEM | May 07 2022 00:28:00 | Webbank/Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Brian Thomas, Brian Thomas, Esq, 327 Central Avenue, Suite 103, Linwood, NJ 08221-2026 |
| 519491448 | *+ | Granite State MGMT, P. O. Box 3420, Concord, NH 03302-3420 |
| 519492250 | ##+ | Eric J. Gonzalez, 3 W Curran Dr., Absecon, NJ 08201-1309 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 06, 2022 | Form ID: 318 | Total Noticed: 35 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas | on behalf of Trustee Brian Thomas brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Brian Thomas | brian@brianthomaslaw.com bthomas@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Victor Druziako | on behalf of Debtor Jonathan M. Gonzalez bkdruziako@aol.com |

TOTAL: 5